UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH MCCARTY,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>PEOPLE,<br><br>　　　　　　Respondent. | No.  2:25-cv-1204 CKD P<br><br><br>ORDER |

　　　　Petitioner has submitted a petition for collateral relief meant for the California Supreme Court.  Petitioner is informed that he sent his petition to this court in error and the court will not take any action on the petition.  Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court close this case.

Dated:  April 30, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1/hh
mcca1204.101a